IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02150-WYD

ERIC J. HOFER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Daniel, J.

    This matter is before the court *sua sponte*.  The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).  (*See* **Joint Case Management Plan** ¶ 10 [#8], filed December 11, 2015).  To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[1]  If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

    **THEREFORE, IT IS ORDERED** that by **January 15, 2016**, the parties may sign and file the attached form of consent.

---

[1] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."

Dated:  December 14, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:_____

Plaintiff(s),

v.

Defendant(s).
_____

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE
_____

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| **Signatures** | **Party Represented** | **Date** |
|---|---|---|
| _____ | _____ | _____ |
| Print_____ | _____ | _____ |
| _____ | _____ | _____ |
| Print_____ | _____ | _____ |
| _____ | _____ | _____ |
| Print_____ | _____ | _____ |

**(Rev. 06/15)**